UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**CIERA BROWNLEE,**

   **Plaintiff,**

**-v-**

**HEAT NIGHTCLUB, et al.,**

   **Defendants.**

**Case No. 3:12-cv-152**

**Judge Thomas M. Rose**

---

**ENTRY AND ORDER GRANTING BROWNLEE'S MOTION FOR DEFAULT JUDGMENT (Doc. #15)**

---

This matter comes before the Court on Plaintiff Ciera Brownlee's ("Brownlee's") Motion for Default Judgment against Defendant Heat Nightclub. (Doc. #15.) A Clerk's Entry of Default of Heat Nightclub has been entered. (Doc. #14.) A damages hearing was conducted on September 18, 2012. Brownlee did not appear at the damages hearing, and her counsel introduced into evidence medical treatment records and medical billing records.

Brownlee is granted default judgment. However, the medical billing records admitted into evidence show that Brownlee's treatment was paid for by an insurance company. These records show no payments actually made by Brownlee. Thus, Brownlee has not presented any evidence of damages to herself. While she is granted default judgment, the Court is unable to award her any damages.

**DONE** and **ORDERED** in Dayton, Ohio this Twenty-Seventh day of September, 2012.

                                              **s/Thomas M. Rose**

                                           _____
                                              THOMAS M. ROSE
                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record